IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MORRIS LANDON JOHNSON II,<br>Institutional ID No. 01877943 | § § § | |
| Petitioner, | § § | |
| VS. | § § | Civil Action No. 4:23-cv-284-O |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that Morris Landon Johnson II's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this **27th day** of **March, 2023.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**